court, on a petition for writ of habeas corpus, that Florida must afford its petitioner-prisoner a new trial because of an absence of due process of law in his state trial. The holding rested on a denial of Sixth Amendment rights to compulsory process and the affective assistance of counsel through the suppression of witnesses by the sheriff of Pinellas County, Florida.

The findings of fact entered by the district court after a full evidentiary hearing as to the suppression of material witnesses are amply supported by the record. The conclusions of law are likewise supported. Cf. Brady v. Maryland, 1963, 373 U.S. 83, 83 S.Ct. 1194, 10 L. Ed.2d 215; Giles v. Maryland, 1967, 386 U.S. 66, 87 S.Ct. 793, 17 L.Ed.2d 737; Jackson v. Wainwright, 5 Cir., 1968, 390 F.2d 288; Barbee v. Warden, Md. Penitentiary, 4 Cir., 1964, 331 F.2d 842.

Affirmed.

**PER CURIAM:**

The appellee is a California state prisoner. After he exhausted his state remedies, he filed a petition for habeas corpus in the District Court. 28 U.S.C. § 2241. An evidentiary hearing was conducted. The district judge resolved the factual inquiry in favor of the appellee, and the state appeals.

We are not persuaded that we should reverse. District Judge Zirpoli carefully explained the basis of his conclusion that the state conviction was grounded upon evidence obtained in a federally impermissible manner. The conclusion is supported by factual determinations and we cannot, on the record, hold that the determinations were clearly erroneous.

Affirmed.

---

■

**Walter E. CRAVEN, Warden, Folsom State Prison, et al., Appellants,**

v.

**Billy Norman GRIMM, Appellee.**

No. 22275.

United States Court of Appeals
Ninth Circuit.

July 2, 1969.

Thomas C. Lynch, Atty. Gen., John T. Murphy, Lawrence R. Mansir, Deputy Attys. Gen., San Francisco, Cal., for appellants.

Thomas A. Lee, Jr., San Francisco, Cal., for appellee.

Before BROWNING, ELY and CARTER, Circuit Judges.

---

■

**Lawrence E. WILSON, Warden, Appellant,**

v.

**Veron ATCHLEY, Appellee.**

No. 22735.

United States Court of Appeals
Ninth Circuit.

May 27, 1969.

Rehearing Denied June 26, 1969.

Charles A. Legge (argued), of Bronson, Bronson & McKinnon, San Francisco, Cal., for appellee.

William D. Stein (argued), Deputy Atty. Gen., Thomas C. Lynch, Atty. Gen., Robert R. Granucci, Deputy Atty. Gen., San Francisco, Cal., for appellant.

Before BARNES, HAMLEY, and BROWNING, Circuit Judges.